# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC G. LUDWIG, III,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF SAN DIEGO; CMAR, LLC; FIT ATHLETIC CMR, LLC; PROTEUS FIT CMR; DOES 1-10,<br><br>                Defendants. | Case No. 23-cv-0059-BAS-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE (ECF No. 30)** |

      Pending before the Court is Plaintiff's Joint Motion to Dismiss according to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action. (ECF No. 30.)

      Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A

1  dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P.
2  41(a)(1)(B). However, the local civil rules of this district require that where, as here,
3  litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule
4  41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.

Having considered the parties' submission, the Court **GRANTS** the Joint Motion. (ECF No. 3.) Thus, the Court **DISMISSES WITH PREJUDICE** the action against each Defendant. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: September 25, 2023

Hon. Cynthia Bashant
United States District Judge